UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ANDRE WILSON,

                          Plaintiff,

           v.                                        9:06-CV-528

PAROLE OFFICER BROCK;
NEW YORK STATE DIVISION OF PAROLE,

                          Defendants.
_____

APPEARANCES:                              OF COUNSEL:

ANDRE WILSON
01-B-0799
Great Meadow Correctional Facility[1]
Box 51
Comstock, N.Y.  12821
Plaintiff, *Pro Se*

HON. ANDREW M. CUOMO            STEPHEN M. KERWIN, ESQ.
Attorney General for the State of New York   Assistant Attorney General
The Capitol
Albany, N.Y.  12207
Attorney for Defendants

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

    The above matter comes to me following a Report-Recommendation by Magistrate Judge

Randolph F. Treece, duly filed on the 21st day of August 2008.  Following ten days from the

service thereof, the Clerk has sent me the file, including any and all objections filed by the parties

---

[1] Despite the incorrect address noted on the Docket, an inmate search on the New York State Department of Correctional Services website revealed Plaintiff's current location at Great Meadow Correctional Facility. Information *available at* http://www.docs.state.ny.us.  Plaintiff is reminded of his ongoing obligation to keep the Court and his adversaries apprised of his current address.  N.D.N.Y.L.R. (10c)(2)

herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Defendants' Motion for Summary Judgment (Dkt. No. 17) is granted, and that Plaintiff's Complaint (Dkt. No. 1) is dismissed.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: September 11, 2008
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge